|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:19-CR-00284-JGB |
| --- | --- | --- |
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| STEVI KRISTEN CARLON, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　( ) information in the Pretrial Services Report and Recommendation

　　(×) information in the violation petition and report(s)

　　(×) the defendant's nonobjection to detention at this time

　　( ) other: _____

1

|  |  |  |
|---|---|---|
| 1 |  | and/ or |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and |
| 3 |  | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 |  | of any other person or the community if released under 18 U.S.C. |
| 5 |  | § 3142(b) or (c).  This finding is based on the following: |
| 6 |  | ( )   information in the Pretrial Services Report and Recommendation |
| 7 |  | ( )   information in the violation petition and report(s) |
| 8 |  | (×)   the defendant's nonobjection to detention at this time |
| 9 |  | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   7/18/2025

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2